UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00335-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE GUSTABO PACHECO-HUIZAR,,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#12)** on November 15, 2006 by Defendant Jose Gustabo Pacheco-Huizar.  The Court construes

this Notice as a motion to change his plea and to have the Court consider the terms of the parties'

plea agreement.

       **IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

      pending determination of those matters.

2.      A Change of Plea hearing is set for **January 2, 2007**  at **8:30 a.m.** in the United

      States District Court for the District of Colorado, Courtroom A901, Alfred A.

      Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.      The final trial preparation conference set for **December 27, 2006** and the **January**

      **2, 2007** trial date are **VACATED**.

Dated this 15th day of November, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge